# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157812(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ARTHUR LAROME JEMISON,
          Defendant-Appellant.

SC:  157812
COA:  334024
Wayne CC:  15-010216-FC

_____/

        On order of the Court, the motion of defendant-appellant to extend the time for filing his brief is GRANTED.  The brief will be accepted as timely filed if submitted on or before May 8, 2019.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019

Clerk